IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : | Case No.: 2:18-md-02323-AB <br> 2:19-md-02323-AB <br> MDL No. 2323 |

NOTICE

At the Professor's request, the Court withdraws the appointment of Wendell E. Pritchett as Special Master in the case of MDL 2323 In Re: National Football League Players' Concussion Injury Litigation.

The Court recognizes the outstanding service that Professor Pritchett has devoted to the Court over the past eight years.

May this serve as a public notice of the Court's appreciation.

    s/ANITA B. BRODY, J.
    HONORABLE ANITA B. BRODY

civil-o.frm (9/97)