**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION III** | **2:19-md-02323-JDW**<br>**MDL No. 2323** |

# ORDER

**AND NOW**, this 11th day of June, 2026, it is **ORDERED** that the Clerk of Court shall docket the Responses To Order To Show Cause from Plaintiffs Christopher McAlister, Richard Westmoreland, Mark Cotney, Markeysia Jones, Toby Wright, and Torrey Wright.[1]

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

[1] My Chambers received the Responses via email and will provide them to the Clerk for filing.